UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOARDS OF TRUSTEES OF CEMENT MASONS & PLASTERERS HEALTH & WELFARE TRUST et al.,<br><br>  Plaintiff(s),<br><br>  v.<br><br>SOUND FLOORS GYPSUM CONCRETE LLC et al.,<br><br>  Defendant(s). | CASE NO. C23-1650-KKE<br><br>ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE |

This matter comes before the Court on the parties' stipulated motion to dismiss. Dkt. Nos. 13, 14. The Court GRANTS the stipulated motion and hereby ORDERS that Defendants Sound Floors Gypsum Concrete LLC and Sound Floors LLC are dismissed with prejudice and without costs or attorney's fees to any parties.

The Clerk is instructed to close the case.

Dated this 1st day of April, 2024.

Kymberly K. Evanson
United States District Judge

ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE - 1